Mark P. Robinson, Jr., Esq. Bar # 054426
Karen L. Karavatos, Esq., Bar # 131718
Cynthia Garber, Esq., Bar # 208922
**ROBINSON CALCAGNIE, Inc.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE ARTINIAN, an individual; AMBER MAHONEY, an individual; CRYSTAL TIDMORE, an individual; IESHA ROUSE, an individual; and CANDIDA BAHNMAIER, an individual.<br><br>Plaintiffs<br>v.<br><br>BAYER CORP., an Indiana corporation doing business in California; BAYER HEALTHCARE LLC, a Delaware company doing business in California; CONCEPTUS, INC., a Delaware corporation with its principal place of business in California, now known as BAYER ESSURE, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation doing business in California; and DOES 1 through 100,<br><br>Defendants | Case No. 4:18-cv-7335<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

**PLEASE TAKE NOTICE** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss this entire case without prejudice.

1    This dismissal shall be without prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

Dated: December 10, 2018    **ROBINSON CALCAGNIE, INC.**

By: _____
Karen L. Karavatos, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
Karen L. Karavatos